UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MICHAEL JAMES EVANS,                              Case No. 2:22-cv-01051-MK

       Petitioner,                                              ORDER

       v.

ERIN REYES, Superintendent,

       Respondent.
_____

MCSHANE, District Judge.

     Petitioner filed this federal habeas Petition pursuant to 28 U.S.C. § 2241 and was ordered

to show cause why the Petition should not be dismissed without prejudice for failure to exhaust.

In response, petitioner moves to dismiss the Petition as "moot." The motion was referred to the

undersigned for disposition, and finding good cause for dismissal, petitioner's Motion to Dismiss

(ECF No. 9) is GRANTED and the Petition is DISMISSED.

IT IS SO ORDERED.

     DATED this 12th day of October, 2022.

                        s/  Michael J. McShane
                        MICHAEL J. MCSHANE
                        United States District Judge